1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Esperanza Mendez Cisneros

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | ESPERANZA MENDEZ CISNEROS, ) | Case No.: 2:15-cv-00114-FFM
                                 )
13 |         Plaintiff,           ) | {PROPOSED} ORDER AWARDING
                                 ) | EQUAL ACCESS TO JUSTICE ACT
14 |      vs.                    ) | ATTORNEY FEES AND EXPENSES
                                 ) | PURSUANT TO 28 U.S.C. § 2412(d)
15 | CAROLYN W. COLVIN, Acting   ) | AND COSTS PURSUANT TO 28
   | Commissioner of Social Security, ) | U.S.C. § 1920
16                               )
   |         Defendant            )
17                               )
                                 )
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $3,800.00 as

22 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23 DATE:  July 14, 2016

24                            /S/ Frederick F. Mumm
                        THE HONORABLE FREDERICK F. MUMM
25                       UNITED STATES MAGISTRATE JUDGE

26

-1-